United States District Court
Southern District of Texas
**ENTERED**
November 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERARDO ANTONIO ESPINOZA RUIZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00129 |
| | § | |
| WARDEN, | § | |
| | § | |
| Respondent. | § | |

### FINAL JUDGMENT

Pursuant to the Court's order adopting Magistrate Judge Jason Libby's memorandum and recommendation, (D.E. 8), the Court enters final judgment dismissing Petitioner's 28 U.S.C. § 2241 petition. (D.E. 1). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
November 7th, 2023